In the Matter of ROBERT HAMBEL, by His Guardian ad Litem, JOHN J. HAMBEL, Appellant; SAMUEL H. LEVINE, Respondent.— Order of the Children's Court of the City of New York, county of Kings, denying a motion for a new trial following an order adjudging appellant delinquent because of his creating noise in a moving picture theatre during a performance, affirmed, without costs. The appeal from the adjudication of delinquency is not properly here and the merits, therefore, may not be considered. The papers on the motion for a new trial were insufficient to warrant a granting of the motion. The adjudication of the court will not operate to the detriment of the defendant in his desire to enter the civil service. (Domestic Relations Court Act of City of New York, § 84.) While the appellant's associate, rather than he, was the chief offender in the boisterous conduct complained of, there is some evidence that he too participated in that conduct so as to be properly adjudged guilty thereof, although it might well have been that a reprimand without a formal adjudication would have been more proportionate to the degree of the offense. Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ., concur.

In the Matter of JOHN J. KEARNEY, JR., Deceased. JOHN J. KEARNEY, as Administrator, etc., of JOHN J. KEARNEY, JR., Deceased, Respondent, v. GRACE A. KAMPF, Appellant.— Decree of the Dutchess County Surrogate's Court, in a discovery proceeding, awarding to the administrator the sum of $3,218.95 found to be in the possession of the appellant and belonging to the estate of John J. Kearney, Jr., together with the accrued interest thereon, unanimously affirmed, with costs to the respondent, payable out of the estate. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of WILLIAM McGOVERN, Respondent, for a Mandamus Order against THEODORE TOPLITZ and Others, as Commissioners of Civil Service of the City of Long Beach, and Others, Appellants.— Application by petitioner for a mandamus order directing respondents to reinstate him in his position as foreman in the water department of the city of Long Beach. On the trial of an alternative mandamus order the questions of fact were determined in favor of petitioner. Appellants claim that he is barred by laches from the relief to which he would otherwise be entitled. Peremptory mandamus order unanimously affirmed, with costs, as a matter of law and not in the exercise of discretion. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

MILDRED JOHNSON, Now Known as MILDRED OLSEN, Respondent, v. JAMES McDERMOTT, Appellant.— Action to recover for personal injuries sustained as the result of a collision between two automobiles at the intersection of city streets, in one of which automobiles plaintiff was riding as a guest. Appeal by defendant from judgment in plaintiff's favor. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.